```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

TERRY SCOTT,

         Plaintiff,
v.                                  Case No. 8:14-cv-2746-T-33EAJ

PATRICK R. DONAHOE, POSTMASTER
GENERAL,

         Defendant.
_____/
```

**ORDER**

This matter is before the Court sua sponte. On July 2, 2014, Plaintiff Terry Scott filed a pro se action against Defendant Patrick R. Donahoe, the Postmaster General of the United States, which is assigned case number 8:14-cv-1620-T-33TGW. Thereafter, on October 31, 2014, Scott filed a second pro se action against Donahoe, which is assigned case number 8:14-cv-2746-T-33EAJ.[1] On December 23, 2014, Scott retained counsel in both actions.

In the first filed action, counsel for Scott sought an extension of time in which to file an Amended Complaint, in which he represented that such Amended Complaint would encompass both actions. (Case 8:14-cv-1620-T-33TGW at Doc. #

---

[1] The second action was originally assigned to Judge Merryday. However, he transferred the action to the undersigned so that the two related cases could be presided over by the same district judge pursuant to Local Rule 1.04(b), M.D., Fla.

36). The Court granted the Motion and specified, "Scott has until and including March 5, 2015, to file his First Amended Complaint, which should encompass the allegations contained in the related action of Scott v. Donahoe 8:14-cv-2746-T-33EAJ, such that the related action may be dismissed after the filing of the First Amended Complaint." (Id. at Doc. # 37). On March 2, 2015, Scott filed the Amended Complaint. (Id. at Doc. # 38). From the Court's review, it appears that Scott's Amended Complaint encompasses the allegations arrayed against Donahoe in both actions. In an effort to streamline these matters and to eliminate unnecessarily duplicative proceedings, the Court dismisses the present action.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This action is dismissed.

(2) The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of March, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2